**IT IS ORDERED as set forth below:**



**Date: October 20, 2021**

_____
Susan D. Barrett
United States Bankruptcy Judge
Southern District of Georgia

_____

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| In re: ) | |
| ) | Chapter 13 |
| JOSEPH PATRICK McBRIDE, ) | Case No: 18-11109-SDB |
| ) | |
| Debtor. ) | |

### ORDER GRANTING MOTION FOR LEAVE TO SELL REAL ESTATE AND TO PAY PROFESSIONALS

This matter came before the Court upon Debtor's Motion for Leave to Sell Real Estate and to Pay Professionals ("Debtor's Motion"), seeking leave to sell certain real property of the estate commonly known as 1081 Severn Hill Circle, Evans, Columbia County, Georgia 30809 (the "Property"). It appearing that the sale of said Property as described in Debtor's Motion is reasonable and will not adversely affect Debtor's Chapter 13 proceeding, and that there are no outstanding objections by any party in interest to the sale of the Property;

**NOW THEREFORE, IT IS HEREBY ORDERED** that Debtor is authorized to sell to Timothy James (the "Buyer") the Property for the gross sales price of $285,000.00 pursuant to the

terms set forth in Debtor's Motion and in the Purchase and Sale Agreement (the "Contract") attached thereto, and under otherwise ordinary and customary terms.

**IT IS FURTHER ORDERED** that closing attorney shall disburse from the sale proceeds at closing the following:

(a)  all ordinary and necessary closing costs and other costs and amounts as required by the Contract;

(b)  amounts necessary to release the first priority mortgage lien of PennyMac Loan Services, LLC, its successors or assigns;

(c)  any real estate taxes, back or current, owed to any local taxing authorities for ad valorem taxes, including, but not limited to, any prorated amounts required by the Contract;

(d)  any amounts necessary to release the lien position of the homeowner's association;

(e)  a real estate commission to Broker in the amount of six percent (6%) of the gross sales price of the Property, pursuant to terms of the Exclusive Seller Brokerage Engagement Agreement between the parties;

(f)  all net proceeds of the sale, after payment of the above sums, to the Chapter 13 Trustee who shall pay Debtor any exempt proceeds and administer the balance, if any; any funds disbursed to the Chapter 13 Trustee shall be made payable to "Chapter 13 Trustee - Augusta", shall be mailed to P.O. Box 102173, Atlanta, GA 30368-2173 and shall include Debtor's name and case number.

**IT IS FURTHER ORDERED** that the Chapter 13 Trustee shall be provided a copy of the closing settlement statement for review at least 24 hours prior to the closing.  The closing attorney

must receive written consent to the consummation of the sale and disbursement of proceeds from the Trustee prior to closing.

**IT IS FURTHER ORDERED** that in consideration of the amounts set forth to be paid at closing as provided for herein, all of the entities identified shall release all claims of interest in Property and the proceeds therefrom. Any other valid liens not released by such payment shall attach to the net sales proceeds to the same extent and priority as such liens would have attached to the Property.

**IT IS FURTHER ORDERED** that professional fees in the form of a commission to Broker are approved in the amount of six percent (6%) of the gross sales price of the Property and permission is granted to pay such commission from the proceeds at closing.

**[END OF DOCUMENT]**

Presented by:

/s/ Charles W. Wills
Charles W. Wills
Attorney for Debtor
GA Bar Number: 254329
Wills Law Firm, LLC
318 Jackson Street
P.O. Box 1620
Thomson, GA 30824
706-595-8100
charles@willslawfirmllc.com


No opposition by:
_____
Jane E. Miller – GA Bar # 256304
Attorney for Chapter 13 Trustee Huon Le
P.O. Box 2127, Augusta, GA 30903
(706) 724-1039, Correspondence@chp13aug.org